UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CR. No. 2:24-cr-20066 TLP |
| | ) | |
| v. | ) | |
| | ) | 18 U.S.C. § 922(g)(1) |
| ANTHONY BUTLER, | ) | 18 U.S.C. § 924(c) |
| | ) | 21 U.S.C. § 841(a)(1) |
| Defendant. | ) | |

# I N D I C T M E N T

**THE GRAND JURY CHARGES:**

## COUNT 1

On or about July 19, 2022, in the Western District of Tennessee, the defendant,

**ANTHONY BUTLER**

knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, that is, a Glock 9mm caliber pistol, said firearm having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT 2

On or about July 19, 2022, in the Western District of Tennessee, the defendant,

**ANTHONY BUTLER**

knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, that is, a Smith and Wesson .40 caliber pistol, said firearm having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT 3

On or about July 19, 2022, in the Western District of Tennessee, the defendant,

**ANTHONY BUTLER**

knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, that is, a Taurus 9mm caliber pistol, said firearm having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT 4

On or about July 19, 2022, in the Western District of Tennessee, the defendant,

**ANTHONY BUTLER**

did unlawfully, knowingly, and intentionally possess with the intent to distribute less than 50 kilograms of marijuana, in violation of Title 21, United States Code, Section 841(a)(1).

## COUNTS 5-7

On or about July 19, 2022, in the Western District of Tennessee, the defendant,

**ANTHONY BUTLER**

did knowingly possess the firearms below, in furtherance of the drug trafficking crime charged in Count 4; in violation of Title 18, United States Code, Section 924(c).

| Count No: | Firearm: |
|---|---|
| 5 | Glock 9mm caliber pistol |
| 6 | Smith and Wesson .40 caliber pistol |
| 7 | Taurus 9mm caliber pistol |

## COUNT 8

On or about July 19, 2022, in the Western District of Tennessee, the defendant,

**ANTHONY BUTLER**

did unlawfully, knowingly, and intentionally possess with the intent to distribute oxycodone, classified by Title 21, United States Code, Section 812 as a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

## COUNTS 9-11

On or about July 19, 2022, in the Western District of Tennessee, the defendant,

**ANTHONY BUTLER**

did knowingly possess the firearms below, in furtherance of the drug trafficking crime charged in Count 8; in violation of Title 18, United States Code, Section 924(c).

| Count No: | Firearm: |
|---|---|
| 9 | Glock 9mm caliber pistol |
| 10 | Smith and Wesson .40 caliber pistol |
| 11 | Taurus 9mm caliber pistol |

A TRUE BILL:

_____
F O R E P E R S O N

DATED:

_____

_____
**KEVIN G. RITZ**
**UNITED STATES ATTORNEY**